UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALPHONSE CARLTON PORTER (#380822)

VERSUS

WARDEN BURL CAIN, ET AL

CIVIL ACTION

NO. 07-550-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated June 20, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' motion for summary judgment (rec.doc.15) is denied. The defendants' motion to dismiss (rec.doc.no. 13), is granted in part, dismissing the plaintiff's claims asserted against the defendants in their official capacities, and denied in all other respects, and this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, July 22, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA