UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALPHONSE CARLTON PORTER (#380822)

VERSUS

WARDEN BURL CAIN, ET AL

CIVIL ACTION

NO. 07-550-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 30, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' motion for summary judgment, (rec. doc. 21), will be granted, dismissing the plaintiff's claims asserted against the defendants, with prejudice, and this matter will be dismissed.

Baton Rouge, Louisiana, December 2f, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA